UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Jerod St. Cyr, <br> Defendant. | Case No.: CR 00-906-mmm <br><br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _prior supervised release violation, insufficient sureties, substance abuse history, prior criminal history, nature of alleged violations including new criminal conduct._

1       and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3       convincing evidence that he/she is not likely to pose a danger to the
4       safety of any other person or the community if released under 18 U.S.C. §
5       3142(b) or (c). This finding is based on the following:
6       _____Same_____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 8/19/10

HONORABLE OSWALD PARADA
United States Magistrate Judge

2